IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| | § | CASE NUMBER 6:15-CR-00025-JDK |
| v. | § § § § | |
| NICOLAS BARAJAS (20), | § § | |

**REPORT AND RECOMMENDATION OF**
**UNITED STATES MAGISTRATE JUDGE**

On October 27, 2020, the Court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Nicolas Barajas. The government was represented by Alan Jackson, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Matthew Millslagle, Federal Public Defender.

Defendant originally pled guilty to the offenses of Conspiracy to Possess with Intent to Distribute and Distribution of at Least 1.5 Kilograms of a Mixture or Substance Containing a Detectable Amount of Methamphetamine (Actual) and Other Controlled Substances, a Class C Felony. The offense carried a statutory maximum imprisonment term of 20 years. The United States Sentencing Guideline range for this offense, based on a total offense level of 19 and a criminal history category of I, was 30 to 37 months.

On September 15, 2016, District Judge Michael Schneider sentenced Defendant to 36 months imprisonment followed by three years of supervised release, subject to the standard conditions of release, plus special conditions to include financial disclosure and substance abuse

treatment and testing. On November 16, 2017, Defendant completed his term of imprisonment and began his term of supervised release.

Under the terms of supervised release, Defendant was required to work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons. In Allegation 3 of its petition, the government alleges Defendant violated the conditions of his supervised release by remaining unemployed since March 3, 2020. If the Court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release by failing to maintain lawful employment, Defendant will have committed a Grade C violation. U.S.S.G. § 7B1.1(a). Upon a finding of a Grade C violation, the Court may revoke the term of supervision. U.S.S.G. § 7B1.3(a)(2). Considering Defendant's criminal history category of I, the Guideline imprisonment range for a Grade C violation is 3 to 9 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to violating the conditions of supervision by failing to maintain lawful employment as alleged in Allegation 3 of the government's petition. In exchange, the government agreed to recommend to the Court a sentence of 7 months imprisonment, with no supervised release to follow.

The Court therefore **RECOMMENDS** that Defendant Nicolas Barajas plea of true be accepted and he be sentenced to a term of 7 months imprisonment, with no supervised release to follow. The Court further **RECOMMENDS** that Defendant serve his sentence at FCI Beaumont, if available. The parties waived their right to objections so this matter shall be immediately presented to the District Judge for consideration.

**So ORDERED and SIGNED this 27th day of October, 2020.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE